# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY SHURLEY

NO. 2020 KW 1277

**MARCH 15, 2021**

---

In Re:     Gary Shurley, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1200345.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

                          JMM
                          GH
                          AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT